

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
| | FOUNDED 1866 | | |

January 20, 2017

Clerk of the United States District Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

      Re:    <u>Request for Refund</u>

Dear Clerk:

    On December 29, 2016, our office filed a new Complaint in 16-cv-11715; *MiMedx v. Fox* and paid the $400.00 filing fee (Reciept No. 0752-12706276). *See* Docket Entry No. 1.

    On December 30, 2016, we received notice from the Clerk's Office that a duplicate payment for $400.00 was made through pay.gov (Receipt Nos. 0752-12706276 and 0752-12706269) with instructions to "Request for the Clerk of Court to Refund Filing Fee".

    We respectfully request a refund in the amount of $400.00 for the duplicate payment for the filing of the complaint.

    Sincerely,

    Sidley Austin LLP

    <u>/s/ Ami N. Wynne</u>

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships