**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIMEDX GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>MICHAEL FOX, )<br>)<br>Defendant. )<br>) | CASE NO. 1:16-cv-11715-MSS<br><br>Judge Manish S. Shah |

**NOTICE OF MOTION**

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE**, that on **Wednesday, June 21, 2017 at 9:30 a.m**., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Manish Shah in Room 1719, at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Agreed Motion for the Entry of a Proposed Agreed Confidentiality Order**, a copy of which has been served upon you using the CM/ECF system.

Dated: June 9, 2017.

Respectfully submitted,

**PLAINTIFF MIMEDX GROUP, INC.**

/s/ *Ami N. Wynne*
One of Its Attorneys

Joseph D. Wargo, *pro hac vice*, GA Bar No. 738764
Shanon J. McGinnis, *pro hac vice*, GA Bar No. 387598
WARGO & FRENCH, LLP
999 Peachtree Street, NE, 26th Floor
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1511
E-mail: jwargo@wargofrench.com
E-mail: smcginnis@wargofrench.com

SIDLEY AUSTIN LLP
Ami N. Wynne
Jason G. Marsico
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 835-7036
Email: awynne@sidley.com
Email: jmarsico@sidley.com

Counsel for Plaintiff
MiMedx Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the parties in this action:

Christopher S. Griesmeyer
Greiman, Rome & Griesmeyer, LLC
Two North LaSalle, Suite 1601
Chicago, Illinois 60602
cgriesmeyer@grglegal.com

    */s/ Ami N. Wynne*

Ami N. Wynne
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 835-7036
Email: awynne@sidley.com