# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> MICHAEL FOX, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> MICHAEL FOX, ) <br> ) <br> Counter-Plaintiff ) <br> ) <br> -vs- ) <br> ) <br> MIMEDX GROUP, INC., ) <br> ) <br> Counter-Defendant, ) <br> _____ ) | CASE NO. 1:16-cv-11715-MSS-SIS <br><br> Judge Manish S. Shah <br><br> Magistrate Judge Sidney I. Schenkier |

## INDEX TO MIMEDX GROUP, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL

| Exhibit | Description |
|---|---|
| 1 | Plaintiff's First Interrogatories to Defendant Michael Fox |
| 2 | Plaintiff's First Requests for Production to Defendant Michael Fox |
| 3 | Defendant's Answers to Plaintiff's Interrogatories |
| 4 | Defendant's Responses to Plaintiff's Request for Production |
| 5 | June 2, 2017 Letter from S. McGinnis to C. Griesmeyer |
| 6 | June 7, 2017 Letter from C. Griesmeyer |

| 7 | June 8, 2017 Letter from S. McGinnis to C. Griesmeyer |
| --- | --- |
| 8 | Defendant's First Supplemental Answers to Plaintiff's Interrogatories |
| 9 | Defendant's Responses to Plaintiff's Request for Production |
| 10 | July 6, 2017 Letter from S. McGinnis to C. Griesmeyer |
| 11 | July 12, 2017 Letter from C. Griesmeyer to S. McGinnis |
| 12 | August 1, 2017 Letter from S. McGinnis to C. Griesmeyer |
| 13 | August 2, 2017 Letter from C. Griesmeyer to S. McGinnis |
| 14 | August 9, 2017 Letter from C. Griesmeyer to S. McGinnis |
| 15 | August 21, 2017 Letter from S. McGinnis to C. Griesmeyer |
| 16 | Defendant Reid Harris' Third Amended Responses to Plaintiff's Interrogatories and Defendant Harold Purdy's Third Supplemental Responses and Objections to MiMedx Group, Inc.'s First Set of Interrogatories |
| 17 | Text messages between Mike Fox and Jess Kruchoski, produced by Jess Kruchoski |
| 18 | Email correspondence from Adam Maxwell to Ron Stadler re Tracy Lucas-Halo. |