IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:16-cv-11715-MSS-SIS |
| | ) | |
| -vs- | ) | |
| | ) | |
| MICHAEL FOX, | ) | Judge Manish S. Shah |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| MICHAEL FOX, | ) | |
| | ) | |
| Counter-Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF/COUNTER-DEFENDANT MIMEDX GROUP, INC.'S MOTION FOR
JUDGMENT ON THE PLEADINGS AS TO COUNT FOUR OF
DEFENDANT/COUNTER-PLAINTIFF MICHAEL FOX'S SECOND AMENDED
COUNTERCLAIM**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant MiMedx Group, Inc. ("MiMedx") by and through its undersigned counsel, respectfully moves this Court for Motion for judgment on the pleadings as to Count Four of Defendant/Counter-Plaintiff Michael Fox's ("Fox") Second Amended Counterclaim ("SAC") (ECF No. 147), entitled Whistleblower Retaliation in Violation of Dodd-Frank Wall Street Reform and Consumer Protection Act (the "Dodd-Frank Act"). This Motion is made on the ground that Fox cannot be a "whistleblower" as that term is defined under the Dodd-Frank Act because he has not alleged (and cannot allege) that he submitted a report about MiMedx to the

Securities Exchange Commission ("SEC") "in a manner established" by the SEC at any time prior to the alleged post-termination retaliation by MiMedx.  15 U.S.C. § 78u-6(a)(6).

In further support of this Motion, MiMedx submits and incorporates by reference its supporting Memorandum of Law, filed contemporaneously herewith.[1]

WHEREFORE, MiMedx respectfully requests that this Court issue an order dismissing Count Four of Fox's SAC with prejudice.

Dated: March 8, 2018.                    Respectfully submitted,

                                         **PLAINTIFF MIMEDX GROUP, INC.**

                                         /s/ *David M. Pernini*
                                         Joseph D. Wargo, *pro hac vice*, Georgia Bar
                                              No. 738764
                                         Shanon J. McGinnis, *pro hac vice*, Georgia
                                              Bar No. 387598
                                         David M. Pernini, *pro hac vice*, Georgia Bar
                                              No. 572399
                                         WARGO & FRENCH, LLP
                                         999 Peachtree Street, NE, 26th Floor
                                         Atlanta, Georgia 30309
                                         Telephone: (404) 853-1500
                                         Facsimile: (404) 853-1511
                                         E-mail: jwargo@wargofrench.com
                                         E-mail: dpernini@wargofrench.com
                                         E-mail: smcginnis@wargofrench.com

                                         SIDLEY AUSTIN LLP
                                         Ami N. Wynne
                                         Jason G. Marsico
                                         One South Dearborn
                                         Chicago, Illinois 60603
                                         Phone: (312) 853-7000
                                         Fax: (312) 835-7036
                                         Email: awynne@sidley.com
                                         Email: jmarsico@sidley.com

                                         *Counsel for Plaintiff*
                                         *MiMedx Group, Inc.*

---

[1] Pursuant to this Court's rules, MiMedx notes that Fox objects to this motion.

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the parties in this action:

Christopher S. Griesmeyer
Adam C. Maxwell
Greiman, Rome & Griesmeyer, LLC
Two North LaSalle, Suite 1601
Chicago, Illinois 60602
cgriesmeyer@grglegal.com
amaxwell@grglegal.com

Clayton D. Halunen
Christopher J. Moreland
Mack H. Reed
Stephen M. Premo
Halunen Law
IDS Center, Suite 1650
80 South 8th Street
Minneapolis, MN 55402
halunen@halunenlaw.com
moreland@halunenlaw.com
reed@halunenlaw.com
premo@halunenlaw.com

  /s/ Ami N. Wynne

Ami N. Wynne

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 835-7036
Email: awynne@sidley.com