UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

MiMedx Group, Inc.
        Plaintiff,

v.               Case No.: 1:16–cv–11715
                Honorable Manish S. Shah

Michael Fox
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2018:

    MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Dispositive motions are due 10/5/18. Responses are due 11/5/18; replies 11/28/18. By 9/21/18, the parties shall email the courtroom deputy at susan_mcclintic@ilnd.uscourts.gov their proposals for streamlining the forthcoming briefing. Continued status hearing is set for 1/29/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.