IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:16-CV-11715 |
| | ) | |
| MICHAEL FOX, | ) | Judge Manish S. Shah |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) | |
| | | |
| MICHAEL FOX, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Counter-Defendant, | ) | |

**DEFENDANT AND COUNTER-PLAINTIFF MICHAEL FOX'S
MOTION TO COMPEL PRODUCTION OF ▒▒▒▒▒▒▒▒ DOCUMENTS**

Defendant/Counter-Plaintiff Michael Fox, by and though his attorneys, and pursuant to Federal Rules of Civil Procedure 34 and 37(a), respectfully requests this Court grant his Motion to Compel. In support of his Motion, Fox submits and incorporates by reference his accompanying Memorandum of Law, filed contemporaneously herewith.

WHEREFORE, for all the reasons set forth above and in his supporting Memorandum of Law, Defendant/Counter-Plaintiff Michael Fox respectfully requests that this Court enter an Order granting Fox's Motion to Compel.

Dated: September 6, 2018            Respectfully submitted,

                                               */s/ Stephen M. Premo*
By: One of His Attorneys

Clayton D. Halunen (N.D. Ill. Bar No. 219721)
Stephen M. Premo (*admitted pro hac vice*)
Christopher J. Moreland *(admitted pro hac vice)*
Halunen Law
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
halunen@halunenlaw.com
premo@halunenlaw.com
moreland@halunenlaw.com

*/s/ Christopher S. Griesmeyer*
Christopher S. Griesmeyer (ARDC No. 6269851)
Adam C. Maxwell (ARDC No. 6306534)
Greiman, Rome & Griesmeyer, LLC
Two North LaSalle, Suite 1601
Chicago, Illinois 60602
Bus: (312) 428-2750
Fax: (312) 332-2781
cgriesmeyer@grglegal.com
amaxwell@grglegal.com

*ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF MICHAEL FOX*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 6, 2018, I electronically filed the attached **Motion to Compel Production of [REDACTED] Documents** with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email transmission at the email addresses provided by them:

| | |
|---|---|
| Ami N. Wynne | Joseph D. Wargo |
| Jason G. Marsico | Shanon J. McGinnis |
| SIDLEY AUSTIN LLP | David M. Perini |
| One South Dearborn | Heather N. Fugitt |
| Chicago, IL 60603 | WARGO & FRENCH, LLP |
| awynne@sidley.com | 999 Peachtree Street, NE, 26th Floor |
| jmarsico@sidley.com | Atlanta, GA 30309 |
| | jwargo@wargofrench.com |
| | smcginnis@wargofrench.com |
| | dpernini@wargofrench.com |
| | hfugitt@wargofrench.com |

         /s/ Stephen M. Premo
         Stephen M. Premo (*admitted pro hac vice*)
         Halunen Law
         1650 IDS Center
         80 South Eighth Street
         Minneapolis, MN 55402
         Telephone: (612) 605-4098
         Facsimile: (612) 605-4099
         premo@halunenlaw.com