IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:16-CV-11715 |
| | ) | |
| MICHAEL FOX, | ) | Judge Manish S. Shah |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendant. | ) | |
| | | |
| MICHAEL FOX, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## MEET-AND-CONFER DECLARATION OF STEPHEN M. PREMO

1. I am one of the attorneys representing Defendant/Counter-Plaintiff Michael Fox in this matter.

2. On Friday, August 31, 2018, the parties met and conferred regarding documents in MiMedx's possession, custody, and control referring to ▮▮▮▮▮ I asked MiMedx Group, Inc.'s counsel to search for, review, and produce non-privileged documents referring to ▮▮▮▮▮. MiMedx's counsel refused.

3. I declare under penalty of perjury the foregoing is true and correct.

1

2

Date: September 6, 2018

_____
Stephen M. Premo