## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

MiMedx Group, Inc.
                          Plaintiff,

v.                                          Case No.: 1:16–cv–11715
                                            Honorable Manish S. Shah

Michael Fox
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. Defendant's counsel, Stephen Premo, appears by telephone conference. The parties report that discovery, other than the discovery sought in the pending motion, has been completed. The parties further report that they are beginning to engage in settlement discussions, but do not wish to have a settlement conference mediated by the Court at this time. Defendant's unopposed motion for leave to file documents under seal (doc. #[324]) is granted. Defendant is given leave to file it's memorandum (doc. #[329]) and certain exhibits in support of its motion to compel discovery under seal. For the reasons stated on the record, defendant's motion to compel production of documents and for sanctions (doc. #[326]) is denied. Defense counsel's oral motion that the code name used for a certain investigation not be treated as confidential is denied without prejudice, as the parties have not yet exhausted the procedure under the protective order for meeting and conferring about objections to confidentiality designations. The parties shall complete that meet and confer process. If agreement is not reached, then defense counsel is given leave to file a motion by no later than 9/18/18. If a motion is filed, the Court will determine upon review of the motion whether a briefing schedule and/or hearing is needed. If agreement is reached, then the parties are to file a joint statement by 9/18/18 stating that the issue has resolved. The Court will not set a further status hearing at this time. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.