IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>MICHAEL FOX, )<br>)<br>Defendant. )<br>_____ )<br>)<br>MICHAEL FOX, )<br>)<br>Counter-Plaintiff )<br>)<br>-vs- )<br>)<br>MIMEDX GROUP, INC., )<br>)<br>Counter-Defendant. )<br>_____ ) | CASE NO. 1:16-cv-11715-MSS-SIS<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Sidney I. Schenkier |

## JOINT STATEMENT REGARDING ECF NO. 332

Pursuant to ECF No. 332, the parties jointly submit this statement that the issue raised by Defense Counsel's oral motion at the September 11, 2018 hearing has been resolved.

Dated: September 18, 2018.         Respectfully submitted,

| **PLAINTIFF MIMEDX GROUP, INC.** | **DEFENDANT MICHAEL FOX** |
|---|---|
| /s/ *David M. Pernini*<br>Joseph D. Wargo, *pro hac vice*,<br>Georgia Bar No. 738764<br>Shanon J. McGinnis, *pro hac vice*,<br>Georgia Bar No. 387598<br>David M. Pernini, *pro hac vice*,<br>Georgia Bar No. 572399<br>Heather N. Fugitt, *pro hac vice* Georgia Bar No. 475152<br>WARGO & FRENCH, LLP<br>999 Peachtree Street, NE | /s/ *Stephen M. Premo*<br>Stephen M. Premo<br>Clayton D. Halunen<br>Christopher J. Moreland<br>HALUNEN LAW<br>IDS Center, Suite 1650<br>80 South 8th Street<br>Minneapolis, MN 55402<br>halunen@halunenlaw.com<br>moreland@halunenlaw.com<br>premo@halunenlaw.com |

1

| | |
|---|---|
| 26th Floor<br>Atlanta, Georgia 30309<br>Telephone: (404) 853-1500<br>Facsimile: (404) 853-1511<br>E-mail: jwargo@wargofrench.com<br>E-mail: smcginnis@wargofrench.com<br>E-mail: dpernini@wargofrench.com<br>E-mail: hfugitt@wargofrench.com<br><br>SIDLEY AUSTIN LLP<br>Ami N. Wynne<br>Jason G. Marsico<br>One South Dearborn<br>Chicago, Illinois 60603<br>Phone: (312) 853-7000<br>Fax: (312) 835-7036<br>Email: awynne@sidley.com<br>Email: jmarsico@sidley.com | Christopher S. Griesmeyer<br>Adam C. Maxwell<br>Greiman, Rome & Griesmeyer, LLC<br>Two North LaSalle, Suite 1601<br>Chicago, Illinois 60602<br>cgriesmeyer@grglegal.com<br>amaxwell@grglegal.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the parties in this action:

| | |
|---|---|
| Christopher S. Griesmeyer<br>Adam C. Maxwell<br>Greiman, Rome & Griesmeyer, LLC<br>Two North LaSalle, Suite 1601<br>Chicago, Illinois 60602<br>cgriesmeyer@grglegal.com<br>amaxwell@grglegal.com | Clayton D. Halunen<br>Christopher J. Moreland<br>Stephen M. Premo<br>Halunen Law<br>IDS Center, Suite 1650<br>80 South 8th Street<br>Minneapolis, MN 55402<br>halunen@halunenlaw.com<br>moreland@halunenlaw.com<br>premo@halunenlaw.com |

/s/ Ami N. Wynne

Ami N. Wynne
awynne@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 835-7036