# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

MiMedx Group, Inc.

                       Plaintiff,

v.                                              Case No.: 1:16−cv−11715
                                                        Honorable Manish S. Shah

Michael Fox

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

      MINUTE entry before the Honorable Manish S. Shah: At the parties' request, the briefing schedule on the motion to supplement the summary judgment record, to re−open discovery, and for sanctions [369] is now as follows: plaintiff's response is due 7/17/19; defendant's reply is due 8/7/19. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.