IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| MICHAEL FOX, | ) | CASE NO. 1:16-cv-11715-MSS-SIS |
| | ) | |
| Defendant. | ) | Judge Manish S. Shah |
| | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| MICHAEL FOX, | ) | |
| | ) | |
| Counter-Plaintiff | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| MIMEDX GROUP, INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| | ) | |

## MIMEDX GROUP, INC. AND MICHAEL FOX'S JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant MiMedx Group, Inc. ("MiMedx") and Defendant/Counter-Plaintiff Michael Fox ("Fox," and collectively with MiMedx the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this joint stipulation of voluntary dismissal with prejudice of all claims and counterclaims filed by any Party. The Parties further agree and stipulate that all pending motions filed by any Party are hereby withdrawn. The Parties further agree and stipulate that they will bear their own attorney's fees and costs incurred in this Action.

Dated this 4th day of November, 2019.

| PLAINTIFF MIMEDX GROUP, INC. | DEFENDANT MICHAEL FOX |
|---|---|
| /s/ *David M. Pernini* | */s/ Christopher J. Moreland* |
| Joseph D. Wargo, *pro hac vice*, Georgia Bar No. 738764 | Clayton D. Halunen |
| Shanon J. McGinnis, *pro hac vice*, Georgia Bar No. 387598 | Christopher J. Moreland |
| David M. Pernini, *pro hac vice*, Georgia Bar No. 572399 | HALUNEN LAW |
| Heather N. Fugitt, *pro hac vice* Georgia Bar No. 475152 | IDS Center, Suite 1650 |
| WARGO & FRENCH, LLP | 80 South 8th Street |
| 999 Peachtree Street, NE | Minneapolis, MN 55402 |
| 26th Floor | halunen@halunenlaw.com |
| Atlanta, Georgia 30309 | moreland@halunenlaw.com |
| Telephone: (404) 853-1500 | |
| Facsimile: (404) 853-1511 | |
| E-mail: jwargo@wargofrench.com | Christopher S. Griesmeyer |
| E-mail: smcginnis@wargofrench.com | Adam C. Maxwell |
| E-mail: dpernini@wargofrench.com | Greiman, Rome & Griesmeyer, LLC |
| E-mail: hfugitt@wargofrench.com | Two North LaSalle, Suite 1601 |
| | Chicago, Illinois 60602 |
| | cgriesmeyer@grglegal.com |
| | amaxwell@grglegal.com |
| Ami N. Wynne | |
| Jason G. Marsico | |
| SIDLEY AUSTIN LLP | |
| One South Dearborn | |
| Chicago, Illinois 60603 | |
| Phone: (312) 853-7000 | |
| Fax: (312) 835-7036 | |
| Email: awynne@sidley.com | |
| Email: jmarsico@sidley.com | |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record for the parties in this action:

| | |
|---|---|
| Christopher S. Griesmeyer | Clayton D. Halunen |
| Adam C. Maxwell | Christopher J. Moreland |
| Greiman, Rome & Griesmeyer, LLC | Halunen Law |
| Two North LaSalle, Suite 1601 | IDS Center, Suite 1650 |
| Chicago, Illinois 60602 | 80 South 8th Street |
| cgriesmeyer@grglegal.com | Minneapolis, MN 55402 |
| amaxwell@grglegal.com | halunen@halunenlaw.com |
| | moreland@halunenlaw.com |

*/s/ Ami N. Wynne*
Ami N. Wynne
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 835-7036